

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00339-CR &
04-14-00340-CR

Eddie **VASQUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0910 & 2013CR11644
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, these appeals are DISMISSED.

SIGNED July 23, 2014.

_____
Marialyn Barnard, Justice